BENJAMIN CRUZ *v.* COMMISSIONER
OF CORRECTION
(AC 33516)

DiPentima, C. J., and Robinson and Bishop, Js.

Argued September 24—officially released October 30, 2012

Per Curiam. The judgment is affirmed.

PEOPLE'S UNITED BANK *v.* LEROY
CLEMONS ET AL.
(AC 34027)

DiPentima, C. J., and Bear and Sheldon, Js.

Submitted on briefs October 12—officially released October 30, 2012

Per Curiam. The judgment is affirmed and the case
is remanded for the purpose of setting a new law day.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE *v.* CLAUDIA CARVAJAL ET AL.
(AC 32853)

DiPentima, C. J., and Alvord and Lavery, Js.

Argued October 10—officially released October 30, 2012

Per Curiam. The judgment is affirmed and the case
is remanded for the purpose of setting a new law day.